IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 5:21-CR-05 |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM AKEEM MEDLOCK | ) | |

## ORDER OF DISMISSAL

The Government's motion for an order dismissing, without prejudice, the indictment against William Akeem Medlock is **GRANTED**. The indictment is hereby **DISMISSED without prejudice**.

SO ORDERED, this 18 day of February 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA